UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ANDRE J. RUSHION,

              Plaintiff,                               **JUDGMENT**
                                                                      13-CV-4277 (RRM) (LB)

        - against -

NYS DIVISION OF PAROLE, administrative
hearing officer; BRIAN FULLER, Parole Officer;
JOHN DOE #1, Queens General Nurse; JOHN
DOE #2, Queens General Officer; JOHN DOE #3,
Queens General Officer; JOHN DOE #4, Queens
General Officer,

              Defendants.
------------------------------------------------------------X

        A Memorandum and Order of the undersigned having been issued this day granting Parole Officer Brian Fuller's motion for summary judgment, dismissing plaintiff's claims against Parole Officer Fuller, and further directing the Clerk of Court to enter judgment accordingly and to close this case, it is

        ORDERED ADJUDGED AND DECREED that plaintiff take nothing of defendant; and that all claims brought by plaintiff as against defendant are dismissed; and that this case is hereby closed.

*Roslynn R. Mauskopf*

Dated: Brooklyn, New York
         September 21, 2016            _____
                                                    ROSLYNN R. MAUSKOPF
                                                    United States District Judge